[ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ALABAMA ASSOCIATION OF REALTORS, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants-Appellants. | No. 21-5093 |

**DEFENDANTS-APPELLANTS' UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), defendants-appellants move to dismiss this appeal, with each party to bear its own costs on appeal. Counsel for plaintiffs-appellees has authorized us to state that plaintiffs-appellees do not oppose this motion.

Respectfully submitted,

ALISA B. KLEIN

 /s/ *Brian J. Springer*
BRIAN J. SPRINGER
(202) 616-5446
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C. 20530

SEPTEMBER 2021

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 46 words. This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in Century Expd BT 14-point font, a proportionally spaced typeface.

                                                */s/ Brian J. Springer*
                                                Brian J. Springer

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2021, I filed and served the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

/s/ *Brian J. Springer*
Brian J. Springer